NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH L. DE BELLIS,**

*Appellant*

**v.**

**ORACLE CORPORATION,**

*Appellee*

---

2026-1038

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00221.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                              DE BELLIS V. ORACLE CORPORATION

(2)  Each side shall bear their own costs.

FOR THE COURT

March 3, 2026                              Jarrett B. Perlow
Date                                       Clerk of Court

**ISSUED AS A MANDATE:** March 3, 2026